Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__
__Tampa__ Division

Plaintiff(s): __Traymonte Snipes__
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): __PAT Siracusa__
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 8:18 cv 1731 T 36 JSS
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED 2018 JUL 18 AM 10:11 — MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Traymonte Snipes
   Address: 2000 E 12th Ave Tampa, FL 33605
   Tampa    FL    33605
   City    State    Zip Code
   County: Hillsborough
   Telephone Number: Lost
   E-Mail Address: traymontesnipes159@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: PAT SirACUSA
   Job or Title (if known): Judge
   Address: 14250 49th Street North
   Clearwater    FL    33762
   City    State    Zip Code
   County: Pinellas
   Telephone Number: 1-727-464-3000
   E-Mail Address (if known): clerkwebmaster@mypinellasclerk.org
   ☐ Individual capacity  ☑ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City    State    Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   ☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

      **Defendant No. 3**
         Name        _____
         Job or Title *(if known)*   _____
         Address          _____
                               *City*      *State*      *Zip Code*
         County          _____
         Telephone Number   _____
         E-Mail Address *(if known)*   _____

               ☐ Individual capacity    ☐ Official capacity

      **Defendant No. 4**
         Name        _____
         Job or Title *(if known)*   _____
         Address          _____
                               *City*      *State*      *Zip Code*
         County          _____
         Telephone Number   _____
         E-Mail Address *(if known)*   _____

               ☐ Individual capacity    ☐ Official capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

  B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Due Process Rights to liberty under the Fourteenth Amendment to the United States Constitution was violated by Judge Pat Siracusa on 12/14/2017

  C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_I am not suing under Bivens._

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. PAT Siracusa a State official assigned as Judge for Pinellas County in Florida was involved in failure to provide procedural due process when determining whether I met criteria for involuntary hospitalization. On 1/2/2018 I was sent to Florida State Hospital for treatment.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

While in custody of Pinellas County Jail.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On December 14, 2017 at 11:45 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On December 14, 2017 Court appointed Doctor had made false reports alledging that I had exhibited bizarre behavior. This Doctor had also falsified reported Competency Evaluations. Judge Siracusa was involved in failure to provide procedural due process, when determining whether I, had met criteria for involuntary hospitalization, On January 2nd 2018 I was sent to the Florida State Hospital, based on frivolous reports of Schizoaffective psychotic Bipolar vs Bipolar 1 Disorder. while at this Hospital, I was forced to take treatment.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As A result of Illegal Hospitalization, I had sustained permanent scarring to left elbow at Florida State Hospital, due to force treatment by security officers.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore, plaintiff Traymonte Snipes, respectfully pray that this court enter judgement;
1. Dismissal of Competency Evaluation, and
2. Granting plaintiff Traymonte Snipes, compensatory damages in the amount of $850,000 against defendant Pat Siracusa in his Official Capacity.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/2018

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Traymonte Snipes
2000 East 12th Ave Tampa, Fla, 33605

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        City    State    Zip Code
Telephone Number: _____
E-mail Address: _____